860 F.2d 1076
 Solntzeff (Kenneth C.)
v.
Borough of Phoenixville, Farnell (Louis), Villanova (Edward
R.), Herman (William P.), Basco (Michael J.), August (Bonnie
K.) Rambo (Helen), Beluch (Theodore X.), Fedora (John),
Griffith (Loren), Horenci (John P., Jr.), McGuigan (James
A., Jr.), Mark (Robert W.), Smith (Kevin H.), Viola (Dominick V., Jr.)
 NO. 88-1283
 United States Court of Appeals,
Third Circuit.
 SEP 30, 1988
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.